1  **THE URBAN LAW FIRM**
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  4270 S. Decatur Blvd., Suite A-9
   Las Vegas, NV 89103
3  Telephone: (702) 968-8087
   Facsimile: (702) 968-8088
4  Electronic Mail: murban@theurbanlawfirm.com

5  **Counsel for Plaintiffs**

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 TRUSTEES OF THE BRICKLAYERS &              )
   ALLIED CRAFTWORKERS LOCAL 13               )
11 DEFINED CONTRIBUTION PENSION               ) CASE NO: 2:11-cv-00063-KJD-LRL
   TRUST FOR SOUTHERN NEVADA;                 )
12 TRUSTEES OF THE BRICKLAYERS &              )
   ALLIED CRAFTWORKERS LOCAL 13               )
13 HEALTH BENEFITS FUND; TRUSTEES OF          ) **STIPULATION FOR DISMISSAL WITH**
   THE BRICKLAYERS & ALLIED                   ) **PREJUDICE AND ORDER THEREON**
14 CRAFTWORKERS LOCAL 13 VACATION             )
   FUND; BRICKLAYERS & ALLIED                 )
15 CRAFTWORKERS LOCAL 13 NEVADA;              )
   TRUSTEES OF THE BRICKLAYERS &              )
16 TROWEL TRADES INTERNATIONAL                )
   PENSION FUND; TRUSTEES OF THE              )
17 BRICKLAYERS & TROWEL TRADES                )
   INTERNATIONAL HEALTH FUND; and             )
18 TRUSTEES OF THE INTERNATIONAL              )
   MASONRY INSTITUTE,                         )
19                                            )
                        Plaintiffs,           )
20                                            )
   vs.                                        )
21                                            )
   MIRAGE TILE AND MARBLE CO., INC., a        )
22 Nevada corporation; ISAM G. KAOUD, an      )
   individual; CHRISTINA KAOUD, an            )
23 individual; and ROBERT G. KAOUD, an        )
   individual,                                )
24                                            )
                        Defendants.           )
25 _____)

26     **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs, TRUSTEES OF

27 THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION

28 PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED

3506                                       1

CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE and Defendants MIRAGE TILE AND MARBLE CO., INC., a Nevada corporation; ISAM G. KAOUD, an individual; CHRISTINA KAOUD, an individual; and ROBERT G. KAOUD, an individual, through their respective attorneys of record and subject to the approval and Order of this Court, that this action be dismissed with prejudice.

The reason for this stipulation is that the parties have a full and final settlement of the above-entitled action and the settlement has been completed.

Dated: March 2, 2011, 2011        THE URBAN LAW FIRM

/s/ Michael A. Urban
MICHAEL A. URBAN, Nevada State Bar No. 3875
Counsel for Plaintiffs

Dated: February 24, 2011, 2011        PATTERSON & ASSOCIATES, LTD.

MARK W. PATTERSON, Nevada State Bar No. 4022
Counsel for Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: 4/13/11

_____
UNITED STATES DISTRICT COURT JUDGE

3506                                  2